■ JIMMY ROSARIO, an Infant, by His Mother and Natural Guardian, ENERIA POLANCO, et al., Respondents, v BANN HOUSING CORP. et al., Defendants, and SPITI, INC., Appellant. [633 NYS2d 947] —Order, Supreme Court, Bronx County (Anne Targum, J.), entered on or about May 12, 1994, denying defendant-appellant's motion to amend its answer to set forth counterclaims against plaintiffs' parents, unanimously affirmed, without costs.

In the absence of evidence that the parents had a duty with respect to the painting of their rented apartment (*see*, Multiple Dwelling Law § 78; Administrative Code of City of NY § 27-2013 [h]) or otherwise affirmatively created the condition giving rise to the injury (*see, Barocas v Woolworth Co.*, 207 AD2d 145, 149), the allegations of the proposed counterclaims are insufficient to overcome the rule prohibiting claims based on negligent parental supervision (*Holodook v Spencer*, 36 NY2d 35; *compare, Alharb v Sayegh*, 199 AD2d 229). Concur—Sullivan, J. P., Rosenberger, Asch and Nardelli, JJ.

■ BERNARD CHIPETINE, Respondent, v WILLIAM PENN AND LIFE INSURANCE COMPANY, Defendant and Interpleader Plaintiff. MURIEL McEvoy, Individually and as Preliminary Executrix of PATRICK J. McEvoy, Deceased, et al., Interpleaded Defendants-Appellants. [632 NYS2d 915] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about November 3, 1994, unanimously affirmed for the reasons stated by Shainswit, J., without costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN BRAMBLE, Appellant. [633 NYS2d 945] —Order, Supreme Court, New York County (Thomas Galligan, J.), entered on or about March 11, 1994, which denied defendant's motion under CPL 440.10 seeking to vacate the judgment of the same court and Justice, rendered January 10, 1992, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him to a term of 8¹/₃ to 25 years, unanimously affirmed.

*People v Washington* (86 NY2d 189) is dispositive of the sole issue raised on this appeal. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.